# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

160467-8 & (137)(138)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* RC, Minor.

SC: 160467-8
COA: 345959; 346102
Wayne CC Family Division:
17-000465-AM
17-000510-AO

_____/

On order of the Court, the motion for immediate consideration of the motion for peremptory reversal is GRANTED. The application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk

p1210